UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILHEMINA BRYAN,

     Petitioner,

v.                              CASE NO. 6:05-cv-494-Orl-19DAB
                                    (6:00-cr-147-Orl-19DAB)

UNITED STATES OF AMERICA,

     Respondent.

_____

**ORDER**

     Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 12, filed March 15, 2007) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

     **DONE AND ORDERED** at Orlando, Florida, this ___16th___ day of March, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____

     [1]Petitioner's Notice of Appeal (Doc. No. 11, filed March 15, 2007) has been construed as requesting a certificate of appealability.  *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Copies to:
sa 3/16
Counsel of Record
Wilhemina Bryan